STATE of Missouri, Respondent,

v.

Stephen D. LITTLEJOHN, Appellant.

No. WD 39426.

Missouri Court of Appeals,
Western District.

Feb. 23, 1988.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 29, 1988.

Application to Transfer Denied
May 17, 1988.

Willard B. Bunch, John Edward Cash, Kansas City, for appellant.

William L. Webster, Atty. Gen., Scott L. Templeton, Asst. Att. Gen., Jefferson City, for respondent.

Before COVINGTON, P.J.,
SHANGLER and MANFORD, JJ.

### ORDER

PER CURIAM.

Appeal from denial of motion to withdraw guilty plea pursuant to Rule 29.07(d).

Judgment affirmed. Rule 30.25(b).